IN THE CIRCUIT COURT OF CROSS COUNTY, ARKANSAS
CIVIL COMPLAINT

CURTIS E. SMITH                                                    PLAINTIFF

VS.                                    CASE NO. 19CV-2013-52-1

FRANK POTTER TRUCKING COMPANY                                      DEFENDANTS
of Booneville, Missouri and JOHN F. SSEKASOZI
of Columbia, Missouri

FILED - RHONDA SULLIVAN
CLERK AND EX-OFFICIO RECORDER
15:44
JUN 18 2013
CROSS COUNTY ARKANSAS
BY_____ D.C.

## COMPLAINT

COMES the plaintiff, Curtis E. Smith, plaintiff herein, by and through his attorney, Robert M. Ford and for his personal injury complaint, alleges and states:

1. That the plaintiff is and was at all times mentioned herein, a resident of Wynne, Cross County, Arkansas.

2. That the defendant, Frank Potter Trucking Company of Booneville, Missouri, by and through its agent, John F. Ssekasozi of Columbia, Missouri 65203, did operate an 18-wheel over the road tractor-trailer on June 22, 2010 on U.S. Highway 64 in Crittenden County, Arkansas.

3. That on or about Tuesday, June 22, 2010 at approximately 1:45p.m., plaintiff was driving his 1993 Chevrolet Lumina automobile in a highway construction zone with legally required highway construction road signs visible prior to entering the construction zone; that plaintiff was traveling in a westerly direction on U.S. Highway 64 near Crawfordsville, Arkansas; that U.S. Highway 64 was under road construction; that the plaintiff's vehicle was stopped behind one (1) other vehicle waiting on a pilot car to escort him through the construction zone when the plaintiff's vehicle was struck from the rear, while sitting still in his vehicle by a


EXHIBIT C

diesel tractor-trailer, being a 1997 Freightliner going approximately fifty-five (55) miles per hour in the same direction in a highway construction zone; that the 18 wheel tractor-trailer was owned by Frank Potter Trucking Company of Booneville, Missouri, and was being driven by John F. Ssekasozi, a Frank Potter employee, who at the time of the accident resided in Columbia, Missouri, 65203, thereby damaging the plaintiff's vehicle as a total loss, plus the physical injuries and other damages as hereinbefore and hereinafter set out.

4. That the damages and injuries in the aforesaid collision were caused by the willful, reckless and wanton negligence of the defendants in the following particulars, to-wit:

    a) In failing to observe highway construction road signs prior to entering the state highway work zone; and

    b) In failing to reduce vehicle speed in a highway construction zone; and

    c) In failing to keep a proper look-out; and

    d) In failing to keep the 18-wheeler tractor-trailer under proper control; and

    e) In failing to see the plaintiff's vehicle; and

    f) In driving his tractor-trailer directly into the rear of the plaintiff's vehicle that was sitting still waiting for a pilot escort to go through the highway construction zone; and

    g) In failing to exercise ordinary care under the existing circumstances; and

    h) In driving in a willful, reckless and wanton manner with such conscious indifference as to the consequences that malice may be inferred; and

5. That the aforesaid acts and the hereinafter acts of willful, reckless and wanton negligence on the part of the defendants proximately caused the injuries and damages to the plaintiff as hereinbefore and hereinafter set out.

6. That as a result as the hereinabove described collision plaintiff received the following

injuries, to-wit:

    a) Concussion, and

    b) Seven (7) broken ribs, and

    c) Fractured left collarbone, and

    d) Blood collection in both ears, and

    e) Multiple bruises and contusions, and

    f) Continual head and spinal/back pain on a daily basis, and

    g) Permanent/ partial disability, and

    h) That following the accident the plaintiff was transported, unconscious, to THE MED in Memphis, Tennessee;

7. That as a result of the above described injuries plaintiff has suffered pain and mental anguish and will continue to do so in the future; has suffered permanent physical impairment to his head and body; has incurred past expenses for medical and kindred treatment and will continue to do so in the future, all of which have damaged the plaintiff in the sum of two hundred and fifty thousand ($250,000.00) dollars.

8. That the plaintiff should be granted punitive damages pursuant to Arkansas Code Annotated Sections §16-55-206, §16-55-207 and §16-55-208; that in support of plaintiff's allegation of punitive damages attached hereto and incorporated herein word for word is the narrative statement of the Arkansas State Police officer that investigated this accident; that the negligent driver of the Frank Potter Trucking Company vehicle, John F. Ssekasozi, knew or had reason to believe that his acts of negligence in the construction zone were about to inflict injury, and that he continued in his course of conduct with a conscious indifference to the consequences, from which malice may be inferred.

WHEREFORE, PREMISES CONSIDERED, plaintiff, Curtis E. Smith, prays that he have of and recover from the defendants a sum that exceeds Federal Court Jurisdiction in actual damages plus punitive damages as may be determined by a jury, pre-judgment interest, post-judgment interest, costs of this action, and for all other proper relief to which the facts may tend to prove.

Respectfully submitted,
FORD LAW OFFICE
Attorney for plaintiff

By _____
Robert M. Ford    AR Bar #76024
P.O. Box 551
Wynne, AR  72396
(870) 238-9393


SEE ATTACHED EXHIBIT

Case 2:13-cv-00111-JLH   Document 2   Filed 08/30/13   Page 5 of 5



## Arkansas Uniform Motor Vehicle Collision Report

Page 6 / 0
3 Attachments
Report Number
**180610296**

| | | | | |
|---|---|---|---|---|
| Vehicle # | Driver - Last Name | Driver - First Name | Driver - MI | Driver - Suffix |
| 1 | SSEKASOZI | JOHN | F | |

**Carrier Name:** FRANK POTTER TRUCKING

| Carrier Address | Carrier City | Carrier State | Carrier Zip Code |
|---|---|---|---|
| 10000 HIGHWAY 07 | BOONEVILLE | MO | 65233 |

**Carrier Action:**
☒ Operating on a trafficway (In Transport)   ☐ Parked on or off the trafficway

**Gross Vehicle Rating:**
☐ 10,000 lbs or less
☐ 10,001 - 26,000 lbs
☒ 26,001 lbs or more

**Carrier Type:**
☒ Interstate Carrier   ☐ Intrastate Carrier
☐ Not in Commerce - Govt.
☐ Not in Commerce - Other Trucks (Over 10,000 lbs)

**U.S. DOT #:** 3699
**MC/MX #:** 124393
**State #:** MISSOURI

**Vehicle Configuration:** TRACTOR/SEMI-TRAILER
**Cargo Body Type:** VAN/ENCLOSED BOX
**Bus Use:** NOT A BUS

**Haz Mat Placard:** ☐ Yes ☒ No    **Haz Mat Leakage:** ☐ Yes ☒ No    **4 Digit Number:**    **HM Class Number:**

**Sequence of Events:**
1. JACKKNIFE
2. COLLISION WITH A MOTOR VEHICLE IN TRANSPORT
3. RAN OFF ROAD
4.

### Narrative

THIS REPORT WAS WRITTEN ACCORDING TO THE PHYSICAL EVIDENCE PRESENT AT THE TIME OF THE ACCIDENT. HIGHWAY 64 IS UNDER REPAVEMENT AT THIS TIME BETWEEN CRAWFORDSVILLE AND OIL WELL CORNER. IN ADDITION, SPEED HAS BEEN REDUCED TO 25 MILES AN HOUR. TRAFFIC CONTROL SIGNS ARE POSTED FAR IN ADVANCE FOR MOTORIST TO REDUCE THEIR SPEED AND BEWARE OF FLAGMEN AT WORK.

TRAFFIC TRAVELING EAST AND WEST IS AT A STAND STILL UNTIL A PILOT CAR LEADS THEM THROUGH THE ROAD WORK AREA. (V3) WILLIAMS WAS TRAVELING WESTBOUND ON U.S. HIGHWAY 64 IN FRONT OF V2 (SMITH). BOTH CARS WERE WAITING FOR THE PILOT CAR TO ESCORT THEM THROUGH THE ROAD WORK AREA WHEN THE ACCIDENT OCCURRED.

(V1) SSEKASOZI WAS TRAVELING WESTBOUND ON U.S. HIGHWAY 64, APPROACHING VEHICLE 2 (SMITH), WHEN HIS TRACTOR TRAILER JACKKNIFED, LEAVING 102 FEET OF SKIDMARKS BEFORE THE SIDE OF HIS TRAILER HIT THE BACK OF (V2) SMITH'S VEHICLE, WHICH CAUSED IT TO FLIP OVER ONCE BEFORE LANDING UP SIDE UP IN THE DITCH. AFTER IMPACT WITH VEHICLE 2, (V1) SSEKASOZI'S TRACTOR TRAILER CONTINUES TO TRAVEL WEST BOUND UNTIL HITTING (V3) WILLIAMS IN THE REAR OF HER VEHICLE. VEHICLE 3 WAS PUSHED FORWARD APPROXIMATELY 10 FEET WEST OF THE AREA OF IMPACT. (V1) SSEKASOZI STATED HIS SPEED WAS 55 MPH.

(V2) SMITH WAS EJECTED FROM HIS VEHICLE. THE VEHICLE CAME TO REST FACING WEST. VEHICLE 3 CAME TO A FINAL REST ON THE ROADWAY FACING WEST BOUND, INJURING THE DRIVER AND HER THREE PASSENGERS. WHEN (V1) SSEKASOZI VEHICLE CAME TO REST, THE FRONT OF HIS TRAILER WAS FACING SOUTHWEST AND THE CAB WAS FACING SOUTHEAST.

(V2) SMITH WAS TRANSPORTED TO THE REGIONAL MEDICAL CENTER IN MEMPHIS, TENNESSEE AND (V3) WILLIAMS AND HER PASSENGERS WERE TRANSPORTED TO CRITTENDEN MEMORIAL HOSPITAL IN WEST MEMPHIS, ARKANSAS, WHERE THEY WERE TREATED FOR THEIR INJURIES.

(V1) SSEKASOZI IS DETERMINED TO BE CLEARLY AT FAULT IN THIS ACCIDENT, NOT PAYING ATTENTION TO THE TRAFFIC CONTROL SIGN SET UP TO WARN MOTORIST OF WORK BEING DONE ON THE ROADWAY. (V1) SSEKASOZI WAS ISSUED A CITATION FROM THE ARKANSAS STATE POLICE AND ARKANSAS HIGHWAY POLICE.

EXHIBIT TO COMPLAINT
FOR CURTIS E. SMITH