**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

CURTIS E. SMITH                                                                                    PLAINTIFF

v.                                              NO. 2:13CV00111 JLH

FRANK POTTER TRUCKING COMPANY;
and JOHN F. SSEKASOZI                                                              DEFENDANTS

<u>**ORDER OF DISMISSAL**</u>

Having been notified by counsel that a settlement has been reached in this matter, the Court

finds that this case should be dismissed.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against

defendants be, and they are, hereby dismissed with prejudice.

The Court retains complete jurisdiction for thirty (30) days to vacate this order and to reopen

the action if it is satisfactorily shown that settlement has not been completed and further litigation

is necessary.

IT IS SO ORDERED this 4th day of September, 2014.


_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE